AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SUSAN ANGELA VAUGHAN, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>UNUMPROVIDENT CORPORATION, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:04-CV-408-F** |

\_\_\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_X\_\_  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action hereby is DISMISSED for plaintiff's failure to respond to this court's Order to Show Cause and that no action has been taken in this case by the parties since the defendant filed a status report.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 27, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

B. Perry Morrison, Jr.  
P.O. Box 2046  
Wilson, NC 27894  

Paul N. Blake, III  
P.O. Box 2367  
Wilson, NC 27894-2367  

Erna A.P. Womble  
George K. Evans, Jr.  
One West Fourth Street  
Winston-Salem, NC 27101  

March 27, 2009                                                DENNIS P. IAVARONE  
Date                                                                     Clerk of Court  

                                                                                         /s/ Susan K. Edwards  

*Wilmington, North Carolina*                               *(By) Deputy Clerk*